

# NUMBER 13-26-00449-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DALE & KLEIN, LLP,                                                                    Appellant,

v.

DARCY L. MORENO,                                                                      Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 9
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron
Memorandum Opinion by Justice Silva**

This cause is before the Court on its own motion. On June 2, 2026, appellant Dale & Klein, LLP filed a notice of appeal attempting to appeal the "judgment or other appealable orders" in trial court cause number CL-23-1192-I. On June 4, 2026, the Clerk of the Court instructed the appellant to remit a $205.00 filing fee within ten days from the date of the notice. Appellant was also notified that it appeared there was no final,

appealable order, and appellant was provided ten days to cure the defect. Appellant was further notified that if the defect remained uncured after ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

On June 29, 2026, the Clerk of the Court notified appellant again that it was delinquent in paying the $205.00 filing fee and that if the filing fee was not paid within ten days, the appeal would be dismissed. *See id.* R. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE § 51.207 (delineating the required fees and costs in an appellate court).

Appellant has failed to cure the defective notice of appeal, failed to pay the filing fee, and has otherwise not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
30th day of July, 2026.

2